**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7661**

MS. SHAWNTE ANNE LEVY,

          Plaintiff - Appellant,

     v.

WEXFORD HEALTH SOURCES, INC.; MARYLAND DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONAL SERVICES; MR. GREGG L.
HERSHBERGER, Commissioner; MR. FRANK B. BISHOP, Warden,

          Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Theodore D. Chuang, District Judge.  (8:14-cv-03678-TDC)

Submitted:  April 20, 2017                           Decided:  April 24, 2017

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Shawnte Anne Levy, Appellant Pro Se.  Gina Marie Smith, MEYERS, RODBELL &
ROSENBAUM, PA, Riverdale, Maryland; Dorianne Avery Meloy, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawnte Anne Levy seeks to appeal the district court's order denying as moot her "motion for permission to approach the court" and motion for additional finding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Levy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Levy's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*